FILED

10/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0393

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0393

---

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

JUSTIN DEAN KALINA,

   Defendant and Appellant.

---

### ORDER ON MOTION TO LIFT STAY AND RESUME BRIEFING

---

Upon consideration of Appellee's motion to this Court to lift the stay and resolve any outstanding issues in this appeal, and good cause appearing therefore:

IT IS HEREBY ORDERED that the March 19, 2024 stay of the appellate proceedings is lifted.

IT IS FURTHER ORDERED that:

(1) within 30 days of the date of this order, Kalina may elect to file a supplemental brief limited to the jury draw issue for which this proceeding was originally remanded (with a maximum word count of 5,000 words); and

(2) within 30 days of the date of this order, Kalina may elect to file a conforming reply brief in accordance with this Court's 3/12/24 order, provided that Kalina does not address any issues beyond the scope of the six issues raised in her opening brief and the State's response thereof, and further provided that Kalina does not attach any documents that were not a part of the original district court record in this matter.

IT IS FURTHER ORDERED that if Kalina files a supplemental brief on the jury draw issue, the State of Montana may file a responsive supplemental brief within 30 days.

IT IS FURTHER ORDERED that if Kalina fails to file a supplemental brief on the jury draw issue within 30 days of the date of this order, the Clerk of the Montana Supreme Court shall forward this case to this Court for classification and disposition.

DATED October 17, 2024.

For the Court,

By _____
Chief Justice